IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| WESLEY HAMMOX and<br>CAROLYN HAMMOX,<br><br>Plaintiffs<br><br>v.<br><br>HEARTLAND HOME FINANCE,<br>INC., and COUNTRYWIDE HOME<br>LOANS, INC.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:04-cv-113 |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant Countrywide's motion for summary judgment [Court File #6] is GRANTED IN PART and DENIED IN PART. With respect to Counts I, III, IV, V and VI of the amended complaint, the motion is GRANTED. In all other respects, the motion is DENIED.

**E N T E R :**

                                            *s/ James H. Jarvis*
                                UNITED STATES DISTRICT JUDGE